AO 455 (Rev. 5/85) Waiver of Indictment                      FILED

# UNITED STATES DISTRICT COURT
# FOR THE
# MIDDLE DISTRICT OF FLORIDA
# FORT MYERS DIVISION

2021 APR 33 PM 2: 11

| | |
|---|---|
| UNITED STATES OF AMERICA | WAIVER OF INDICTMENT |
| v. | Criminal Case No. |
| EVERETT THOMAS LITTLE | 2:21-cr-40-SPC-MRM |

I, Everett Thomas Little, the above named defendant, who is accused of intentionally damaging and destroying the property of a facility providing reproductive health services, in violation of Title 18, U.S.C., § 248(a)(3), being advised of the nature of the charge, the proposed Information, and of my rights, hereby waive prosecution by Indictment and consent that the proceeding may be by Information rather than by Indictment. Pursuant to Fed. R. Crim. P. 7(b), I will confirm this waiver in open court at arraignment or other hearing.

_____
Everett Thomas Little
Defendant

_____
Michael F. Hornung
Counsel for Defendant

Before _____
          Judicial Officer