FILED

2021 APR 33 PM 2: 11

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

v.                           CASE NO. 2:21-CR-40-SPC-MRM

EVERETT THOMAS LITTLE         18 U.S.C. § 248(a)(3) and (b)(1)

## INFORMATION

The Acting United States Attorney charges:

## COUNT ONE

On or about October 10, 2020, in the Middle District of Florida, the defendant,

EVERETT THOMAS LITTLE,

did intentionally damage the property of a facility, P.P., by throwing an incendiary weapon at the facility's building, because that facility provided reproductive health services. In violation of 18 U.S.C. § 248(a)(3) and (b)(1).

KARIN HOPPMANN
Acting United States Attorney

By: _____
Michael V. Leeman
Assistant United States Attorney

By: _____
Jesus M. Casas
Assistant United States Attorney
Chief, Fort Myers Division