UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

v.                                                CASE NO.: 2:21-cr-40-SPC-MRM

EVERETT THOMAS LITTLE
_____/

**REPORT AND RECOMMENDATION
CONCERNING PLEA OF GUILTY**

The Defendant, by consent, appeared before me pursuant to Fed. R. Crim. P. 11 and M.D. Fla. R. 1.02, and entered a plea of guilty to Count One of the Information (Doc. 2) pursuant to the terms of an amended plea agreement. **The parties agreed on the record at the hearing that because the offense charged is a Class A misdemeanor, Defendant does not have a right to be charged by Indictment. Accordingly, there was no need to address – and the Undersigned did not address or ratify – any waiver of Indictment before proceeding with the plea colloquy on the Information.**

After cautioning and examining the Defendant under oath concerning each of the subjects mentioned in Rule 11, I determined that the guilty plea was knowledgeable and voluntary as to Count One, and that the offense charged is supported by an independent basis in fact containing each of the essential elements of such Count. I, therefore, **RECOMMEND** that the plea of guilty be accepted and that the Defendant be adjudged guilty and have sentence imposed accordingly. The parties have waived the fourteen-day objection period to this Report and Recommendation. (Docs. 8, 12).

The Undersigned also **RECOMMENDS** that the sentencing hearing be held **in person**, unless the Defendant files a written consent and request to proceed by video conference after conferring with counsel.

Respectfully **RECOMMENDED** in Fort Myers, Florida on May 10, 2021.

_____
Mac R. McCoy
United States Magistrate Judge

Copies furnished to:
Presiding District Judge
Counsel of Record
Unrepresented Parties