FILED

2021 JUL -2 PM 2:09

CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS FLORIDA

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 2:21-cr-40-SPC-MRM

EVERETT THOMAS LITTLE

## WRIT OF HABEAS CORPUS AD PROSEQUENDUM

TO:   ANY UNITED STATES MARSHAL; and

Sheriff, of the Lee County Jail

It appearing from the petition of the United States of America that the defendant in the above case, Everett Thomas Little, is confined in the Lee County Jail at Fort Myers, Florida, and that this case is set for sentencing as to said defendant on August 9, 2021, at 10:00 a.m., and that it is necessary for the said defendant to be before this Court for said proceeding:

NOW, THEREFORE, this is to command you, any United States Marshal, that you have the body of the said Everett Thomas Little, now detained in custody as aforesaid, under safe and secure conduct, before this Court on August 9, 2021, at Fort Myers, Florida, by or before 10:00 a.m., for sentencing on criminal charges against him in this cause.

And this is to command you, Sheriff, of the Lee County Jail, to deliver into custody of any United States Marshal, upon production to you of a certified copy of this writ, the body of the said defendant for safe and secure conduct to this District for the purpose aforesaid.

FURTHERMORE, this is to command you, any United States Marshal, that upon completion of all further proceedings in this case that you return Everett Thomas Little with all convenient speed, under safe and secure conduct to the custody of the Sheriff, of the Lee County Jail.

DONE and ORDERED at Fort Myers, Florida, this 2nd day of July, 2021.

Mac R. McCoy
United States Magistrate Judge