UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

v.  CASE NO.: 2:21-cr-40-SPC-MRM

EVERETT THOMAS LITTLE
_____/

## SENTENCING MINUTES

| Presiding Judge: | United States District Judge Sheri Polster Chappell |
|---|---|
| Counsel for Plaintiff: | Michael V. Leeman |
| Counsel for Defendant: | Michael Francis Hornung |
| Probation Officer: | Kelly Primrose |
|  |  |
| Date and Time: | October 12, 2021 @ 11:00 AM |
| Deputy Clerk: | Allison Holland |
| Court Reporter: | Stacey Raikes |
| Interpreter: |  |

Start Time: 11:32AM

AUSA Leeman on behalf of the Government, Attorney Michael Hornung present on behalf of Defendant Everett Thomas Little who is also present in court. USPO Kelly Primrose is also present in court.

The Defendant confirms he received a copy of the PSR and reviewed the report with his attorney, asking all necessary questions and discussing facts contained therein.

Defense counsel advises no objections as to the factual accuracy of the report or to the applications of the guidelines as applied by the probation officer. The Government has no objections as to the factual accuracy or the application of the guidelines as applied by the officer in the report.

The Court adopts the undisputed facts and guideline applications contained in PSR, reviews the total offense level and criminal history category, and guideline range sentence.

The Government confirms no victims present and no victim statement to present to the Court.

Defense advises parties have an agreed resolution. AUSA Leeman advises plea agreement of the parties was drafted by Civil Rights Attorneys in Washington DC, explains prosecution of violations in state court and recommendation of sentence in plea agreement.

Attorney Hornung presents argument as to the imposition of sentence.

The Defendant does not wish to address the Court.

For the reasons stated on the record, the Court imposes the sentence as follows:

## IMPRISONMENT:

The defendant is hereby sentenced to a term of **8-MONTHS,** such term shall run concurrently to State Court Docket Number: 20CF16678.

## SUPERVISED RELEASE:

The defendant is sentenced to a term of **1-YEAR,** such term shall run concurrently to State Court Docket Number: 20CF16678.

### *Special conditions of supervised release:*

The Defendant shall continue to participate in mental health program and follow the recommendations.

Defendant to complete 40-hours community service.

Drug testing not to exceed 104 tests per year.

The Defendant shall cooperate in the collection of DNA.

**SPECIAL ASSESSMENT** of $25.00, due immediately.

Fines are waived.

No issue or request for restitution at this time, will leave open 90-days for any need/requests; Government to request hearing is necessary. Defendant waives appearance at restitution hearing.

Request for defendant to be remain in state facility, Lee County Jail, to complete federal sentence.

The Court advises Defendant of right to appeal.

      Defendant remanded to the custody of the U.S. Marshal.

End time:   11:53AM